# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TISSUE TECHNOLOGY LLC, PARTNERS
CONCEPTS DEVELOPMENT INC., TISSUE
PRODUCTS TECHNOLOGY CORP., and
OCONTO FALLS TISSUE INC.,

        Plaintiffs,

v.                                    Case No. 12-C-1305

TAK INVESTMENTS LLC,

        Defendants.

**ORDER**

On November 12, 2013, the court issued an order to show cause directing Plaintiff Tissue Technology, LLC, to explain why this case should not be dismissed for lack of subject matter jurisdiction. (ECF No. 26.) Tissue Technology, a Wisconsin Limited Liability Company, had failed to previously disclose the citizenship of each of its members. Tissue Technology responded on November 18, 2013, indicating that its members are citizens of Wisconsin and Illinois. (ECF No. 27.) Defendant TAK Investments previously disclosed that it is a Delaware Limited Liability Company and its members are citizens of Florida and Maryland. (Countercl., ¶ 1, ECF No. 14.) Since the members of Tissue Technology and TAK Investments are citizens of different states, complete diversity exists and the court has jurisdiction under 28 U.S.C. § 1332. The case may proceed, and Plaintiffs' unopposed stipulation for extension of time to file its summary judgment response brief is granted. (ECF No. 25.) Plaintiffs' brief in response to Defendant's motion for summary judgment will be due on December 2, 2013.

Dated this   27th   day of November, 2013.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach, Chief Judge
                                                  United States District Court